No. 883, Misc.   STREETER v. ALABAMA.   Sup. Ct. Ala. Certiorari denied.   *Crampton Harris* for petitioner.

No. 865.   FRANK v. TOMLINSON, DISTRICT DIRECTOR OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.   *Arthur B. Cunningham* and *Philip T. Weinstein* for petitioner.   *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *John M. Brant* for respondent.

No. 820.   UNITED STATES v. INTERNATIONAL BUSINESS MACHINES CORP.   Ct. Cl.   Motion of counsel in No. 922 to defer consideration of the petition in No. 820 denied. Certiorari denied.   *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Jack S. Levin, Harry Baum* and *Robert A. Bernstein* for the United States. *Daniel M. Gribbon, William H. Allen* and *Brice M. Clagett* for respondent.   *William Lee McLane* on the motion.   *William H. Allen* in opposition to the motion.

No. 848, Misc.   BEATTY v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 873, Misc.   BROWN v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   *Thomas B. McNeill* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for the United States.

No. 834, Misc.   WILLIAMS v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.